# EXHIBIT 2



**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-03-07 11:34:42 EST | | |
| **Mark:** | HIGH LINE | | HIGH LINE |
| **US Serial Number:** | 98598979 | **Application Filing Date:** | Jun. 13, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Under Examination<br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| **Status:** | Review prior to publication completed. | | |
| **Status Date:** | Mar. 05, 2025 | | |
| **Publication Date:** | Mar. 25, 2025 | | |

## Mark Information

Expand All

## Related Properties Information

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Alcoholic beverages except beers; Bourbon whiskey; Spirits; Whiskey; Distilled spirits | | |
| **International Class(es):** | 033 - Primary Class | **U.S Class(es):** | 047, 049 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jul. 2023 | **Use in Commerce:** | Jul. 2023 |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS |

**Back to Search**    Print



| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-03-07 11:22:23 EST |
| Mark: | HIGHLINE |
| US Serial Number: | 97779203 |
| Application Filing Date: | Feb. 03, 2023 |
| Filed as TEAS Plus: | Yes |
| Currently TEAS Plus: | Yes |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: | LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| Status: | A second request for extension of time to file a Statement of Use has been granted. |
| Status Date: | Sep. 24, 2024 |
| Publication Date: | Aug. 08, 2023 |
| Notice of Allowance Date: | Oct. 03, 2023 |

▲ Mark Information

▼ Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Beer |
| International Class(es): | 032 - Primary Class |
| U.S Class(es): | 045, 046, 048 |
| Class Status: | ACTIVE |
| For: | Wine |
| International Class(es): | 033 - Primary Class |
| U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE |

▲ Basis Information (Case Level)

▲ Current Owner(s) Information

▲ Attorney/Correspondence Information

▲ Prosecution History

▲ TM Staff and Location Information

▲ Assignment Abstract Of Title Information - Click to Load

▲ Proceedings - Click to Load