# EXHIBIT 4








HOME    SHOP    STORE LOCATOR    ABOUT    CONTACT US    



### Redefining the Canned Cocktail Landscape



Driven by quality and innovation, Vosa products are crafted using six-times distilled vodka, natural flavors, and preservative-free formulations.

As a co-owner, model and actress Kate Upton ensures Vosa maintains its high quality. No stranger to pushing boundaries and setting new standards throughout her career, Kate highlights the importance of experience and quality coming together in a perfectly canned drink.



*For me, having the best quality ingredients in my products means everything. I love to know what I'm putting in my body, so using premium vodka and natural flavors while also staying innovative in our industry really gives the consumer a tailored experience."*

Kate Upton, Co-owner

## Innovation that puts Vosa Drinkers First



Pushing boundaries in the canned, spirit-based space, Vosa offers products both with and without carbonation.

"Our Vodka Water redefines simplicity, in a drink that provides people who prefer no carbonation with a full-flavored, one-of-a-kind beverage experience," said Michela Drago, Co-founder. "Our High Line is perfect for people seeking a convenient yet luxurious lightly carbonated drink, that exemplifies our commitment to delivering the best ingredients and taste in a canned cocktail."







### Inspired by the Simplicity and Elegance of the Mediterranean

Reflected in both the sleek, timeless designs of the cans, as well as the brand ethos of laidback luxury, Vosa Spirits was created to embody all things Mediterranean summer.



### Stay in Touch

 FOLLOW US ON INSTAGRAM

BUSINESS SUPPORT: INFO@VOSASPIRITS.COM
SUPPORT: ORDERS@VOSASPIRITS.COM

### Shop
VODKA WATER
HIGH LINE
STORE LOCATOR

### Company
ABOUT US
CONTACT US

### Policies
TERMS AND CONDITIONS
PRIVACY POLICY
SHIPPING AND RETURNS
FAQ

©2024 VOSA SPIRIT LLC. ALL RIGHTS RESERVED.



vosaspirits







# KATE UPTON JOINS VOSA SPIRITS AS CO-OWNER

NEWS PROVIDED BY
**Vosa Spirits** →
Oct 25, 2023, 10:00 ET

**INNOVATIVE READY TO DRINK BRAND ANNOUNCES NEW PRODUCT LINES: VODKA WATER AND THE HIGH LINE COCKTAIL**

DETROIT, Oct. 25, 2023 /PRNewswire/ -- **Vosa Spirits**, an innovator in the canned *Ready To Drink* space, is proud to announce that supermodel, actress, and entrepreneur **Kate Upton** has joined the company as a Co-Owner. After trying Vosa herself and learning about the brand ethos, Kate was impressed by Vosa's commitment to pushing boundaries, setting new standards, and delivering exceptional quality. Drawn to Vosa's commitment to redefining the canned cocktail landscape, Kate's decision to join the brand was an easy one.

Continue Reading



Kate Upton With Vosa Spirits, Vodka Water Lemon Courtesy of Vosa Spirits



Kate Upton with Vosa Spirits, The High Line Peach Courtesy of Vosa Spirits

"I love sharing a drink with friends and family, making sure I'm drinking something that's free of preservatives and made with high-quality spirits is important to me," says Kate Upton, Co-Owner, Vosa Spirits. "Vosa offers this opportunity in a variety of options, so I know there'll be something for everyone. I'm excited to work with Vosa on expanding their range and offering more and more consumers an easy way to an elevated drinking experience."

In her role, Kate will actively participate in the development of new flavors, packaging design and marketing strategies, while working to expand the consumer base for Vosa.

"We admire Kate greatly, and we were delighted to learn that she loved our cocktail offerings," shared Spencer Bailey, Co-Founder & CEO, Vosa Spirits. "We craft all Vosa products for an elevated, elegant cocktail experience as part of a relaxed and luxurious lifestyle. Kate embodies that essence. We welcome her and look forward to working together to grow Vosa Spirits."

Kate joins as Vosa introduces two new product lines: **Vodka Water** (SRP $10.99 / 4-pack) and **High Line** (SRP $12.99 / 4-pack). Pushing boundaries in the canned, spirit-based space, Vosa offers products both with and without carbonation. The High Line is canned at 7% ABV with light carbonation, and provides a smooth, refreshing drinking experience, available in pineapple, peach, cherry, and lemon. For those who prefer a non-carbonated cocktail, Vosa offers Vodka Water, with 5% ABV and a light and satisfying drinking experience, available in raspberry-lime, cherry, lemon, and peach. Meticulously crafted with the consumer in mind, Vosa products do not contain any preservatives or gluten.

Reflected in the sleek, timeless designs of the cans, Vosa evokes the classic simplicity and elegance of the Mediterranean. Vosa encourages consumers to demand more from their beverage experiences and "enjoy the finer things". Vosa brings luxury and elegance to the RTD space with premium, 6 times distilled vodka, preservative-free formulas, and refined packaging.

Both The Vodka Water and The High Line represent Vosa Spirits' unwavering dedication to using premium ingredients and exceptional craftsmanship. Each product undergoes rigorous quality control measures to ensure that every sip is an embodiment of excellence.

"We are thrilled to launch our Vodka Water and High Line Signature Cocktails, two exceptional product lines that showcase our dedication to taste, quality and innovation," said Michela Drago, Chief Creative Officer and Co-Founder, Vosa Spirits. "With our Vodka Water, we are redefining simplicity in a vodka cocktail, providing those who prefer non-carbonated beverages with a full-flavored, one-of-a-kind drinking experience. On the other hand, The High Line exemplifies our commitment to delivering the best ingredients and taste in a canned cocktail, perfect for those seeking a convenient yet luxurious lightly carbonated option."

Vosa Spirits' new product lines are available at select retailers in Michigan, and launching in Florida via a new relationship with distributor Southern Glazer's Wine & Spirits, in that state.

"We are excited for the future of Vosa Spirits," added Bailey. "With Kate joining the team, our exceptional product lines, and a new relationship with the world's pre-eminent distributor, Southern Glazer's, we look forward to expanding our distribution and consumer base, and growing Vosa Spirits for years to come."

To learn more about Vodka Water, The High Line, locate a store near you, or order to Vosa for nationwide delivery, visit the official Vosa Spirits website at **www.vosaspirits.com**. Follow Vosa Spirits on Instagram @vosaspirits.

For all retailers in the state of Michigan please contact your representatives at Vintage Wine Company **https://www.vwcmi.com/** Phone # : 586.601.0990

For all retailers in the state of Florida please inquire with your Southern Glazer's Wine and Spirits Representatives: **https://www.southernglazers.com/**

For media inquiries about Vosa Spirits, please contact: **info@vosaspirits.com** / **TOP SHELF / edelman@curichweiss.com**

**About Vosa Spirits**

Vosa Spirits is a leading beverage company renowned for its unwavering commitment to taste, quality, and innovation. With a passion for pushing boundaries, Vosa Spirits offers a diverse range of premium spirits that cater to the discerning preferences of consumers around the world. From the simplicity of Vodka Water to the convenience and indulgence of The High Line Signature Cocktail, Vosa Spirits continues to redefine the drinking experience.

**About Kate Upton**

Supermodel, actress, and entrepreneur, Kate Upton is one of the few models who is able to maintain both a mainstream and high-end appeal. Upton has appeared in campaigns for Bobbi Brown, Express, Guess and Sam Edelman, to name a few, and has appeared on the cover of the world's most prestigious magazines. No stranger to disrupting the status quo, in February 2017 Upton became the first person to appear on three different covers of the Sports Illustrated Swimsuit issue. In June 2018, Upton graced the cover of Maxim Magazine as #1 on Maxim's Hot 100 list. She appeared on the September 2019 cover of Health Magazine, their first-ever unretouched cover. In June 2020, Upton was recognized by Global Citizen for her philanthropic efforts during the COVID-19 Global Pandemic. On the feature film side, Upton starred alongside Cameron Diaz and Leslie Mann in FOX's hugely successful feature film THE OTHER WOMAN, as well as THE LAYOVER in which she starred opposite Alexandra Daddario. Up next, Upton stars alongside Johnny Knoxville and Mo Amer in indie film SWEET DREAMS from writer/director Like Sarki. Upton is represented by The Lions Management, Grubman Shire Meiselas & Sacks, and CAA.

SOURCE Vosa Spirits

WANT YOUR COMPANY'S NEWS

**FEATURED ON PRNEWSWIRE.COM?**

**GET STARTED**

| | | |
|---|---|---|
| **440k+** | **9k+** | **270k+** |
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |

# Kate Upton joins company bringing 2 types of canned vodka cocktails to Michigan

*Updated: Oct. 26, 2023, 11:00 a.m.|Published: Oct. 25, 2023, 4:57 p.m.*



Vosa Spirits announced that supermodel, actress, and entrepreneur Kate Upton has joined the company as a Co-Owner.Vosa Spirits

By

- Brandon Champion | bchampio@mlive.com

DETROIT -- Kate Upton has become co-owner of company bringing two types of canned cocktails to Michigan.

Vosa Spirits announced the partnership with the Michigan-born supermodel, actress, and entrepreneur on Wednesday. Upton, who was born in St. Joseph, said she was very excited to take an active role in the brand, which will be available at select retailers in Michigan.

"I love sharing a drink with friends and family, making sure I'm drinking something that's free of preservatives and made with high-quality spirits is important to me," Upton said in a statement. "Vosa offers this

opportunity in a variety of options, so I know there'll be something for everyone. I'm excited to work with Vosa on expanding their range and offering more and more consumers an easy way to an elevated drinking experience."

Upton, who also announced the news on Instagram, will actively participate in the development of new flavors, packaging design and marketing strategies, the company said. She will also be key in working to expand Vosa's consumer base beyond two states.

Vosa's new, Michigan-made-packaged beverage lines are also launching in Florida via distributor Southern Glazer's Wine & Spirits.

"We admire Kate greatly, and we were delighted to learn that she loved our cocktail offerings," said Spencer Bailey, Co-Founder & CEO. "We craft all Vosa products for an elevated, elegant cocktail experience as part of a relaxed and luxurious lifestyle. Kate embodies that essence. We welcome her and look forward to working together to grow Vosa Spirits."

Co-Founder Michela Drago says Vosa emphasizes simplicity in providing a full-flavored vodka cocktail for the growing non-carbonated market while "encouraging consumers to demand more from their beverage experiences and enjoy the finer things" through two separate beverages: Vodka Water, which is 5% ABV and non-carbonated, and High Line, which is 7% ABV with light carbonation.

Both are available in raspberry-lime, cherry, lemon, and peach and feature 6-times distilled vodka and preservative-free ingredients. They come in 4-packs. with a suggested retail price of $10.99 for Vodka Water and $12.99 for High Line. 8-can variety packs are also available.

**RELATED:** Blake's Hard Cider, Gypsy Spirits partner to create Michigan-made apple pie vodka

The news also means a new business venture for Upton, who was recognized by Global Citizen for her philanthropic efforts during the COVID-19 pandemic in 2020.

As a model, Upton has appeared in campaigns for Bobbi Brown, Express, Guess and Sam Edelman, among others, and has graced the cover of numerous publications including Maxim, Vogue, Vanity Fair, GQ and Health Magazine. She is the first person to appear on the cover of the Sports Illustrated Swimsuit Issue 3-times. (2012, 2013 and 2017).

Upton has also appeared in films alongside Cameron Diaz and Leslie Mann in "The Other Woman," and opposite Alexandra Daddario in "The Layover." She will next star alongside Johnny Knoxville and Mo Amer in an upcoming indie film titled "Sweet Dreams" directed by writer/director Like Sarki.

Upton is also married to former Detroit Tigers ace pitcher Justin Verlander with whom she has a daughter, who was born in 2018.

- Dog found in Meijer parking lot had heartbreaking note tied to collar
- She said yes! Country music star engaged to former NFL quarterback
- Woman, 29, dies after vehicle hits tree, overturns in Ann Arbor
- Michigan judge sentences Walmart shoplifters to wash cars in parking lot
- Zach Bryan quickly sells out Michigan Stadium, sets up record-breaking concert

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.