# EXHIBIT 5

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 24002001000382 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |
| **1. REP. ID. NO.** *(If any)*  CT 643  OR 06 | |

### PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* DSP-MI-20171 | 3. SOURCE OF PRODUCT *(Required)* ☑ Domestic ☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)* Proper Beverage Co., Uncommon Canning, LLC 4432 S BUTTERMILK CT STE 400 Hudsonville MI 49426 VOSA SPIRITS LLC (Used on label) |
|---|---|---|
| 4. SERIAL NUMBER *(Required)* 240001 | 5. TYPE OF PRODUCT *(Required)* ☐ WINE ☑ DISTILLED SPIRITS ☐ MALT BEVERAGE | |
| 6. BRAND NAME *(Required)* VOSA | | 8a. MAILING ADDRESS, IF DIFFERENT |
| 7. FANCIFUL NAME *(If any)* HIGH LINE WATERMELON | | |
| 9. FORMULA 1562697 | 10. GRAPE VARIETAL(S) *(Wine Only)* N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* a. ☑ CERTIFICATE OF LABEL APPROVAL b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |
| 11. WINE APPELLATION *(If on label)* | | |
| 12. PHONE NUMBER (571) 397-2393 | 13. EMAIL ADDRESS | |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

### PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION 01/02/2024 | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT (Application was e-filed) | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT Marshall Fawley |
|---|---|---|

### PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED 01/04/2024 | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU *Stephanie Fields* |
|---|---|

| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>Please note that this approval is for the single label attached to this COLA. No other labels may appear on the container.<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>VODKA SPECIALTIES | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 7.1 inches W X 6.13 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31** (06-2016)   PREVIOUS EDITIONS ARE OBSOLETE

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 23312001000433 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. *(If any)* | CT | OR |
|---|---|---|
| | 643 | 06 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)* |
|---|---|---|
| DSP-MI-20171 | ☑ Domestic<br>☐ Imported | Proper Beverage Co., Uncommon Canning, LLC<br>4432 S BUTTERMILK CT STE 400<br>Hudsonville MI 49426<br>VOSA SPIRITS LLC (Used on label) |
| **4. SERIAL NUMBER** *(Required)*<br>23VOS7 | **5. TYPE OF PRODUCT** *(Required)*<br>☐ WINE<br>☑ DISTILLED SPIRITS<br>☐ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| VOSA | |
| **7. FANCIFUL NAME** *(If any)*<br>HIGH LINE MANGO | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)* | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| 1557612 | N/A | a. ☑ **CERTIFICATE OF LABEL APPROVAL** |
| **11. WINE APPELLATION** *(If on label)* | | b. ☐ **CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL** "For sale in _____ only" (Fill in State abbreviation.) |
| **12. PHONE NUMBER**<br>(571) 397-2393 | **13. EMAIL ADDRESS** | c. ☐ **DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____** (Fill in amount) |
| | | d. ☐ **RESUBMISSION AFTER REJECTION** TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 11/08/2023 | (Application was e-filed) | Marshall Fawley |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 11/17/2023 | *Ian Buchanan* |

| FOR TTB USE ONLY ||
|---|---|
| **QUALIFICATIONS**<br>Please note that this approval is for the single label attached to this COLA. No other labels may appear on the container.<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>VODKA SPECIALTIES | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 7.1 inches W X 6.13 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



**TTB F 5100.31** (06-2016)   PREVIOUS EDITIONS ARE OBSOLETE