# EXHIBIT 6

🇺🇸 An official website of the United States government   Here's how you know ⌄

[Home](#) > Search results                                                                                                         [Help](#)

**Owner ⌄** | Vosa spirits ✕ | Refine search by goods o... | 🔍 | **Basic** | Expert

---

⌃ **Status filter**        **3 results** for Vosa spirits                                          ⊞  ☰  =   **Export ⌄**

☑ Live                    3
  ☑ Registered
  ☑ Pending
  Dead                    0
    Cancelled
    Abandoned

⌄ Sort

⌃ Configure

☑ Show image

Reset

---

# SPIRIT SODA

| | |
|---|---|
| Wordmark | [SPIRIT SODA](#) |
| Status | `LIVE` `REGISTERED` |
| Goods & services | IC 033: Alcoholic carbonated beverages, except beer. |
| Class | 033 |
| Serial | 90031040 |
| Owners | VOSA SPIRITS, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

# VOSA

| | |
|---|---|
| Wordmark | [VOSA](#) |
| Status | `LIVE` `REGISTERED` |
| Goods & services | IC 033: Alcoholic carbonated beverages, except beer. |
| Class | 033 |
| Serial | 90031027 |
| Owners | VOSA SPIRITS, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

# VOSA



| | |
|---|---|
| Wordmark | [VOSA](#) |
| Status | `LIVE` `REGISTERED` |
| Goods & services | IC 033: Alcoholic carbonated beverages, except beer. |
| Class | 033 |
| Serial | 90327021 |
| Owners | VOSA SPIRITS, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

50 per page ⌄    Page 1 of 1  >  >|    ↑



Need help? Ask the USPTO [Virtual Assistant!](#)

**Receive updates from the USPTO**

Feedback

Enter your email to subscribe or update your preferences

your@email.com                                                      Subscribe

About the USPTO    •    Search for patents    •    Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



Follow us



Need help? Ask the USPTO Virtual Assistant!