# EXHIBIT 7

JACK A. WHEAT
MAIN LINE:    (502) 327-5400
DIRECT DIAL:  (502) 888-1828
jwheat@mcbrayerfirm.com



500 WEST JEFFERSON STREET
SUITE 2400
LOUISVILLE, KENTUCKY 40202

May 2, 2024

**EACH VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Vosa Spirits, LLC
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170-4675

Spencer Bailey, Manager/Co-Owner
Vosa Spirits, LLC
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170-4675

Michela Drago, Co-Owner
Vosa Spirits, LLC
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170-4675

Kate Upton, Co-Owner
Vosa Spirits, LLC
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170-4675

  **RE: HIGHLINE Trademark Infringement**

Dear Mr. Bailey, Ms. Drago & Ms. Upton:

  This firm is brand management legal counsel for Highline Spirits Company, L.L.C. Our client is the owner of a nationwide registration of HIGHLINE as a trademark for, among other things, "alcoholic beverages" and "distilled spirits," namely registration number 7,170,816 issued by the United States Patent and Trademark Office A photocopy of the registration is enclosed for your review.

  It has come to our attention that your company has recently commenced commercial use of the HIGH LINE as a trademark for various of your vodka cocktail lines. As you should appreciate, your use of HIGH LINE in association with alcoholic beverages, including distilled spirits, product lines for which our client owns registration of the HIGHLINE mark, will inevitably risk creating an unlawful likelihood of consumer confusion that your company is affiliated with our client.  Consequently, we must request as follows:

1. That you immediately cease and desist from any further use of the words HIGH LINE or any other confusingly similar wording in association with alcoholic beverages;
2. That you proceed forthwith to recall any of your HIGH LINE product in the marketplace; and
3. That you respond to this office in writing within ten (10) business days clearly confirming your compliance with the foregoing enumerated requests

To avoid further legal action, please so respond.  Your cooperation will be appreciated.

[ M C B R A Y E R ]

Vosa Spirits, LLC
May 2, 2024
Page 2

Very truly yours,

Jack A. Wheat

JW:at
cc: Client
encl.



# HIGHLINE

**Reg. No. 7,170,816**

**Registered Sep. 19, 2023**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Highline Spirits Company, L.L.C. (MICHIGAN LIMITED LIABILITY COMPANY)

8482 Cedar Hills Drive

Dexter, MICHIGAN 48130

CLASS 33: Alcoholic beverages, except beer; Distilled spirits; Whisky

FIRST USE 7-00-2023; IN COMMERCE 7-00-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-161,699, FILED 12-08-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

