UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIGHLINE SPIRITS COMPANY, LLC,

    Plaintiff,

v.

                                  Case No. 1:25-cv-266

VOSA SPIRITS, LLC, et al.,
                                  HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**ORDER DISMISSING MOTION TO DISMISS AS MOOT**

    On April 9, 2025, Defendant Uncommon Canning, LLC filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 26). On April 30, 2025, Plaintiff filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) (ECF No. 37)  When filed, an amended complaint supersedes the original complaint, which becomes a nullity. *See Drake v. City of Detroit*, 266 F.App'x 444, 448 (6th Cir. 2008); *Klyce v. Ramirez*, 852 F.2d 568, 1988 WL 74155, at * 3 (6th Cir. July 19, 1998) (per curiam) (unpublished table opinion) (collecting cases from other circuits).  An amended complaint filed after a motion to dismiss has been filed renders the motion to dismiss moot. *See Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint."). Accordingly, the motion to dismiss the complaint (ECF No. 26) is DISMISSED AS MOOT.

    **IT IS SO ORDERED**.

Date:  May 2, 2025                                                   /s/   Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge