UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIGHLINE SPIRITS COMPANY, LLC,

    Plaintiff,

v.     Case No. 1:25-cv-266

VOSA SPIRITS, LLC,     Hon. Paul L. Maloney

    Defendant/Cross-Defendant,

and

UNCOMMON CANNING, LLC

    Defendant/Cross-Plaintiff.

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK and STONE, P.L.C.<br>Joseph M. Infante (P68719)<br>Infante@millercanfield.com<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, Michigan 49503<br>(616) 454-8656 | CBH Attorneys & Counselors, PLLC<br>Steven M. Bylenga (P73492)<br>Andrew R. McInnis (P83626)<br>25 Division Ave S., Suite 500<br>Grand Rapids, MI 49503<br>(616) 608-3061<br>steve@cbhattorneys.com<br>drew@cbhattorneys.com<br>*Attorneys for Uncommon Canning, LLC* |
| MILLER, CANFIELD, PADDOCK and STONE, P.L.C.<br>Anita C. Marinelli (P81986)<br>Marinelli@millercanfield.com<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>*Attorneys for Plaintiff* | Mika Meyers PLC<br>Daniel John Broxup (P72868)<br>900 Monroe Ave., NW, Ste. 203<br>Grand Rapids, MI 49503<br>(616) 632-8000<br>dbroxup@mikameyers.com<br>*Attorneys for Vosa Spirits, LLC* |

**<u>ORDER EXTENDING DEFENDANT VOSA SPIRITS, LLC'S TIME TO FILE ANSWER TO CROSS-CLAIM</u>**

{03703169 1 }

This matter having come before the Court upon stipulation of Defendants Vosa Spirits, LLC and Uncommon Canning, LLC and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Vosa Spirits, LLC shall have until September 16, 2025 to file an answer to the cross-claim filed against it by Defendant Uncommon Canning, LLC. **Absent extraordinary circumstances, further extensions will not be granted.**

Date:  September 3, 2025

        /s/ Paul L. Maloney

Paul L. Maloney
United States District Judge