UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Highline Spirits Company, LLC,    Case No. 1:25-cv-266

    Plaintiff,    Hon. Paul L. Maloney

v.

Vosa Spirits, LLC, and
Uncommon Canning, LLC,

    Defendants.
_____/

Uncommon Canning, LLC,

    Cross-Claimant,

v.

Vosa Spirits, LLC,

    Cross-Defendant.
_____/

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Highline Spirits Company, LLC, Defendant/Cross-Claimant Uncommon Canning, LLC, and Defendant/Cross-Defendant Vosa Spirits, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims including all cross-claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

    Respectfully submitted,

1

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | CBH ATTORNEYS & COUNSELORS, PLLC |

By:  /s/ Joseph M. Infante　　　　　　　　
　　　Joseph M. Infante (P68719)
　　　99 Monroe Avenue NW, Suite 1200
　　　Grand Rapids, Michigan 49503
　　　(616) 776-6333
　　　Infante@millercanfield.com

　　　Anita C. Marinelli (P81986)
　　　150 West Jefferson, Suite 2500
　　　Detroit, Michigan 48226
　　　(313) 963-6420
　　　Marinelli@millercanfield.com

　　　*Attorneys for Plaintiff*

By: /s/ Andrew R. McInnis (w/ permission)　
　　　Andrew R. McInnis (P83626)
　　　Steven M. Bylenga
　　　25 Division Ave S., Suite 500
　　　Grand Rapids, MI 49503
　　　(616) 608-3061
　　　drew@cbhattorneys.com

　　　*Attorneys for Defendant/Cross-Claimant Uncommon Canning, LLC*

HOLLAND & KNIGHT

By: /s/ Thomas W. Brooke (w/permission)　
　　　Thomas W. Brooke
　　　Paula J. Nieva
　　　800 17th Street N.W., Suite 1100
　　　Washington, DC 20006
　　　Thomas.brooke@hklaw.com

　　　Daniel J. Broxup
　　　MIKA MEYERS PLC
　　　900 Monroe Ave., NW, Ste. 203
　　　Grand Rapids, MI 49503
　　　(616) 632-8000
　　　dbroxup@mikameyers.com

　　　*Attorneys for Defendant/Cross-Defendant Vosa Spirits, LLC*